UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00160-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FREDERICK M. VILLARS, JR.

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, June 1, 2007,** and responses to these motions shall be filed by **Monday, June 11, 2007.**  It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Friday, June 15, 2007, at 2:30 p.m. in courtroom A-1002**  It is

    FURTHER ORDERED that a 3-day jury trial is set to commence **Monday, June 25, 2007, at 9:00 a.m. in courtroom A-1002.**

Dated: April 24, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge